■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LEONARD DE MARIA, Appellant.—Judgment of the Supreme Court, Kings County, rendered September 12, 1977, affirmed. No opinion. This case is remitted to

the Supreme Court, Kings County, for further proceedings pursuant to CPL 460.50 (subd 5). Titone, J. P., Suozzi, O'Connor and Shapiro, JJ., concur.